UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JEREMY G. JONES

CASE NO. 
18 U.S.C. § 1708

**INDICTMENT**  3:21-cr-45-MMH-MCR

The Grand Jury charges:

## COUNTS ONE THROUGH THREE

On or about November 27, 2020, in the Middle District of Florida, the defendant,

JEREMY G. JONES,

did knowingly steal and take from an authorized depository for mail matter three packages and did knowingly remove from those packages the articles and things contained therein, as specifically described below:

| Count | Article and Thing |
|---|---|
| One | Apple Watch |
| Two | Cartier Ring |
| Three | AMD Hard Drive |

In violation of 18 U.S.C. § 1708.

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Michael J. Coolican
Assistant United States Attorney

By: _____
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
5/5/21 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JEREMY G. JONES

INDICTMENT

Violations:   Cts. 1-3:   18 U.S.C. § 1708

A true bill,

_____
Foreperson

Filed in open court this 12th day

of May, 2021.

_Inacus S. Purolli_____
Clerk

Bail   $_____

GPO 863 525